■ ALBERT PEARLMAN, INC., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ TALLER & COOPER, INC., v. ELECTRONIC SIGNAL COMPANY, INC.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED J. FASCHINO.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TONI FLITMAN.— Enlargement of time granted. The stay of execution granted in the order of this court entered on September 22, 1960 is continued. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK A. WEG (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BARKSDALE. (C) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH HEADLEY. (D) THE PEOPLE OF THE STATE OF NEW YORK v. CASWELL LATHAN, JR. (E) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ANGORA. (F) THE PEOPLE OF THE STATE OF NEW YORK v. DAMIAN ZACHARCZENKO.— [In each appeal] Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.